An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

MEI-GSR HOLDINGS LLC, A NEVADA LIMITED LIABILITY COMPANY, D/B/A GRAND SIERRA RESORT & CASINO,

Appellant,

vs.

AIRPORT AUTHORITY OF WASHOE COUNTY A/K/A RENO TAHOE AIRPORT AUTHORITY, A POLITICAL SUBDIVISION OF THE STATE OF NEVADA,

Respondent.

No. 64923

**FILED**

JUN 09 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:  Hon. Brent T. Adams, District Judge
Cohen-Johnson LLC
Fennemore Craig Jones Vargas/Reno
Thorndal Armstrong Delk Balkenbush & Eisinger/Las Vegas
Thorndal Armstrong Delk Balkenbush & Eisinger/Reno
Phillip M. Stone
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(0)-1947

15-17504